## Qualification Questionnaire for Grand Jury Service. Complete and return.

Minnesota Law requires you to serve on jury service if qualified. You may be guilty of a crime if you do one of the following (Minnesota Statute Chapter 593).
- Fail to return this jury questionnaire.
- Misrepresent information on this jury questionnaire
- Fail to show up for jury service as directed

SECOND NOTICE:
RETURN BY: DECEMBER 23, 2015
Date of Birth: _/1968
MARK LEE VALIMONT JR

### SECTION A – QUALIFICATION QUESTIONS

This questionnaire is necessary to determine whether you are qualified to serve as a juror. If another person assists you in completing the questionnaire, please explain why and indicate the person's name on the back of the form. Please check the appropriate boxes.

- [x] Yes  [ ] No  1. Are you a citizen of the United States? If NO, list country of citizenship _____
- [x] Yes  [ ] No  2. Are you at least 18 years old? If NO, enter date of birth _____ (mm/dd/yyyy)
- [x] Yes  [ ] No  3. Are you a resident of this County?
- [x] Yes  [ ] No  4. Are you able to speak and understand English and are others able to understand you?
- [x] Yes  [ ] No  5. Do you have a physical or mental disability that would affect your ability to serve on a jury? If YES, you must attach a written explanation. A medical statement may be required.
- [ ] Yes  [x] No  6. Have you ever been convicted of a felony? If YES, are you still on parole or still under the supervision of the Court, Probation, or Corrections?  [ ] Yes  [ ] No
- [ ] Yes  [x] No  7. Have you been on jury duty anywhere in Minnesota in the past four years? Please note that jury duty is not limited to actual service on a case. It is defined as a person who filled out the questionnaire, is qualified as a juror, and goes or is available to go to the courthouse to serve as a juror. If YES, when and where? _____
- [ ] Yes  [x] No  8. Are you a judge in the judicial branch?

**FOR PERSONS AGE 70 OR OVER ONLY:** If you are 70 years of age or older, you may serve on jury duty OR you may be excused. Do you wish to be excused: [ ] Yes  [ ] No
If YES, enter date of birth _____ (mm/dd/yyyy)

108274022
01-04-2016
Group Number: GRAND JURY 99

Where: Freeborn County

QUESTIONNAIRE CONTINUES ON REVERSE SIDE – PLEASE COMPLETE BOTH SIDES OF THIS FORM.

*Request to be excused from Grand Jury Service is GRANTED.  H. R. Skaf*



PLAINTIFF'S EXHIBIT A

010022

## SECTION B – STATISTICAL INFORMATION

This information is required pursuant to Court rule and has no bearing on qualifications for jury service.

**DATE OF BIRTH:** '68

**RACE:** ☒ White

**Are you of Spanish/Hispanic/Latino Origin or Descent?** ☒ No

**GENDER:** ☒ Male ☐ Female

**YOUR OCCUPATION:** Self-Employed

**EDUCATION:** ☒ High School Diploma or GED

**MARITAL STATUS:** ☒ Unmarried

**AGE(S) OF CHILDREN:** 1.) 2½  2.) 2½ (twins)

**CELL PHONE:** text

**ROUND TRIP MILEAGE (Residence to Courthouse):** Less 2 miles.

---

**Print Name:** Mark Valimont

**Date:** 12/14/15

Teresa VanBuskirk Affidavit Exhibit 1

12/14/2015

Ma'am or Sir,

I, Mark Valimont, am Deaf and troubled phyiscally body. Two things I need to access is a certified legal American Sign Language interpreter and a comfortly soft chair with both soft arms to support. I happened to be a survivor.

Highly appreciated,

*[signature]*

108274022

Theresa,
Not quite clear to me. Is he asking to be removed or just telling me his needs?
SRS

1



PLAINTIFF'S EXHIBIT B

010021