UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Mark Valimont,<br><br>                    Plaintiff,<br><br>vs.<br><br>State of Minnesota, Minnesota Judicial Branch, Minnesota Judicial Council, State Court Administrator's Office, and Third Judicial District Court Administrator's Office<br><br>                    Defendants. | Civil File No. 17-cv-03655<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

WHEREAS, the above-entitled action has been fully compromised and settled,

NOW THEREFORE, it is hereby stipulated and agreed, by and between Plaintiff Mark Valimont and Defendants State of Minnesota, Minnesota Judicial Branch, Minnesota Judicial Council, State Court Administrator's Office, and Third Judicial District Court Administrator's Office ("Defendants") that the above-entitled matter, together with all causes of action and claims that were or that might have been alleged therein, is dismissed on the merits and with prejudice, and without any fees or costs to any party.

Dated: July 16, 2018

Rick Macpherson
Minnesota Disability Law Center
Atty. Reg. No. 0389424

430 First Ave. North, Suite 300
Minneapolis, MN  55401
(612) 746- 3731
ATTORNEY FOR PLAINTIFF

Dated: 7-16, 2018

Kathryn Iverson Landrum
Assistant Attorney General
Atty. Reg. No. 0389424

445 Minnesota Street, Suite 1100
St. Paul, Minnesota 55101-2127
(651) 282-1189
ATTORNEY FOR DEFENDANTS