# UNITED STATES DISTRICT COURT
## District of Minnesota

Mark Valimont

**JUDGMENT IN A CIVIL CASE**

Plaintiff(s),

v.  Case Number: 17cv3655 MJD/KMM

State of Minnesota, Minnesota Judicial Branch, Minnesota Judicial Council, State Court Administrator's Office, Third Judicial District Court Administrator's Office, Jeffrey J Keyes

Defendant(s).

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
the above entitled action is dismissed with prejudice and without any fees or costs to any party.

Date: 7/18/2018                                    KATE M. FOGARTY, CLERK

                                                               s/M. Giorgini
                                                    (By)   M. Giorgini, Deputy Clerk